# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA LAZORE, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:21-cv-00239-GZS ) |
| JHON HARRIGAN, et al., | ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

The United States Magistrate Judge filed with the Court on October 11, 2021, his Recommended Dismissal of Case (ECF No. 18). The Clerk's attempt to deliver this Order to Plaintiff Lazore by mail were unsuccessful, but a copy was hand delivered to her on October 22, 2021, when she visited the Clerk's Office to make her most recent filing. See ECF Nos. 22 & 23.

The Court notes that it has reviewed all of the filings Plaintiff has placed on the docket since the filing of the Magistrate Judge's October 11th Order. See ECF Nos. 20, 21 & 23. To the extent that any of these filings can be viewed as an objection to the Recommended Dismissal, this Court has reviewed and considered the Magistrate Judge's Recommended Dismissal, together with the entire record. The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Dismissal and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary.

It is therefore **ORDERED** that:

1. The Recommended Dismissal (ECF No. 18) is hereby **AFFIRMED**.

2. Defendant's Request for Hearing Regarding Discovery Dispute (ECF No. 5) is **MOOT**.

3. This case is hereby DISMISSED without prejudice.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 8th day of November, 2021.